GRACE HERLIHY, Respondent, v. INDEPENDENCE STATE BANK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

LEW BROWN and RAY HENDERSON, Respondents, v. NEW YORK EVENING JOURNAL, INC., and LOUIS SOBOL, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.    [143 Misc. 199.]

VANDERBILT PRODUCTIONS, INC., Appellant, v. ROY ROBERTS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

GUARANTY TRUST COMPANY, as Receiver of the WOLVERINE TRAILER CORPORATION, Respondent, v. SHADBOLT MANUFACTURING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

SOL FITZER, Respondent, v. RICHARD A. SHILL, Defendant, Impleaded with ARTHUR E. SHILL and EDWARD SHILL, Individually and as Copartners, Doing Business as SHILL BROS., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

BELROSE REALTY COMPANY, Appellant, v. JACOB PHILLIPS, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

JAMES T. CAVANAGH, as President of Local Union No. 585 of New York City of the United Brotherhood of Carpenters and Joiners of America, Appellant, v. LINCOLN JOSE and Others, Respondents, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

LITMAN LESHINSKY, Appellant, v. UNITED ELECTRIC LIGHT AND POWER COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

ANNE F. HAHN, as Administratrix, etc., of MILDRED M. HAHN, Deceased, Respondent, Appellant, v. ADOLPHE L. A. CARON, Appellant, Respondent.— Judgment affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

INDEPENDENCE REALTY CORPORATION, a Domestic Corporation, Respondent, v. GEORGE HALLETT CLARK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

VIOLA M. NADELMAN, Respondent, v. STANDARD ACCIDENT INSURANCE COMPANY, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.